No. 10–63. MAPLES *v.* THOMAS, INTERIM COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari granted limited to Question 2 presented by the petition.

No. 10–788. REHBERG *v.* PAULK ET AL. C. A. 11th Cir. Motion of Government Accountability Project for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 10–431. RAINEY *v.* WALSH, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–648. FOUNDATION OF HUMAN UNDERSTANDING *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 10–677. FOX *v.* FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 10–768. AFTERMATH RECORDS, DBA AFTERMATH ENTERTAINMENT, ET AL. *v.* F. B. T. PRODUCTIONS, LLC, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–770. MYLAN INC. ET AL. *v.* DAIICHI SANKYO CO., LTD., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 10–776. CAO ET AL. *v.* FEDERAL ELECTION COMMISSION. C. A. 5th Cir. Certiorari denied.

No. 10–785. KRAINSKI *v.* NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA, LAS VEGAS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–792. WALKER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, ET AL. *v.* MONSANTO COMPANY PENSION PLAN ET AL. C. A. 7th Cir. Certiorari denied.